

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW                                                              CLERK'S OFFICE
CLERK OF COURT                                                                 202-275-8000

November 14, 2023

## NOTICE OF REVISED CAPTION

Re: Honeywell International Inc. v. OPTO Electronics Co., Ltd., Appeal No. 2024-1109

The court's official caption has been revised to reflect cross-appeal with 24-1109.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC.,
METROLOGIC INSTRUMENTS, INC.,**
*Plaintiffs-Appellants*

v.

**OPTO ELECTRONICS CO., LTD.,**
*Defendant-Cross-Appellant*

## Short Caption

Honeywell International Inc. v. OPTO Electronics Co., Ltd.