FORM 9A. Notice of Related Case Information                    Form 9A (p. 1)
                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 24-1109; 24-1144

**Short Case Caption** Honeywell International Inc. v. OPTO Electronics Co., Ltd.

**Filing Party/Entity** OPTO Electronics Co., Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Honeywell International Inc., et al. v. OPTO Electronics Co., Ltd.; Nos. 23-1850 (L) & 23-2038; U.S. Court of Appeals for the Fourth Circuit

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Honeywell International Inc. - Plaintiff-Appellant
> Hand Held Products, Inc. - Plaintiff-Appellant
> Metrologic Instruments, Inc. - Plaintiff-Appellant
> OPTO Electronics Co., Ltd. - Defendant-Appellee and Cross-Appellant

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Counsel for Defendant-Appellee/Cross-Appellant:
> McGuireWoods LLP - Brian D. Schmalzbach
> YorkMoodyFaulkner - York M. Faulkner

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/16/2023              Signature: /s/ Brian D. Schmalzbach

                              Name:      Brian D. Schmalzbach

**3. Names of all law firms, partners, and associates in the cases listed above (continued):**

Counsel for Plaintiffs-Appellants:

Alston & Bird LLP - Kirk T. Bradley
Alston & Bird LLP - Lauren N. Griffin
Alston & Bird LLP - Stephen R. Lareau
Alston & Bird LLP - Nicholas C. Marais
Alston & Bird LLP - Scott B. Pleune
Alston & Bird LLP - Brandon C.E. Springer
Alston & Bird LLP - Matthew S. Stevens