FORM 9A. Notice of Related Case Information                                    Form 9A (p. 1)
                                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number**: 24-1109, -1144

**Short Case Caption**: Honeywell International Inc. v. OPTO Electronics Co., Ltd.

**Filing Party/Entity**: Honeywell International Inc., Hand Held Products, Inc., Metrologic Instruments, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Honeywell International Inc.; Hand Held Products, Inc.; Metrologic Instruments, Inc. v. OPTO Electronics Co., Ltd. - Fourth Circuit Court of Appeals (Case Nos. 23-1850, -2038)

☐    Additional pages attached

FORM 9A. Notice of Related Case Information    Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

N/A

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

York M. Faulkner – YMF Law Tokyo
Brian D. Schmalzbach – McGuire Woods, LLP

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/16/2023            Signature: /s/ Kirk T. Bradley

Name: Kirk T. Bradley