NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., METROLOGIC INSTRUMENTS, INC.,**
*Plaintiffs-Appellants*

v.

**OPTO ELECTRONICS CO., LTD.,**
*Defendant-Cross-Appellant*

---

2024-1109, 2024-1144

---

Appeals from the United States District Court for the Western District of North Carolina in No. 3:21-cv-00506-KDB-DCK, Judge Kenneth D. Bell.

---

**ON MOTION**

---

Before PROST, *Circuit Judge.*

**O R D E R**

The appellants ("Honeywell") appealed the district court's judgment to the United States Court of Appeals for the Fourth Circuit and subsequently noticed an appeal to this court. After docketing of the appeal here, Honeywell submitted an opposed motion at the Fourth Circuit to

2    HONEYWELL INTERNATIONAL INC. v. OPTO ELECTRONICS CO., LTD.

dismiss that appeal or transfer it to this court. Thereafter, OPTO Electronics Co., Ltd. moved here for dismissal or transfer of the appeals in this court to the Fourth Circuit. Honeywell opposes OPTO's motion.

This court deems it the better course to hold OPTO's motion in abeyance and to stay these appeals pending the Fourth Circuit's consideration of Honeywell's earlier-filed notice of appeal and motion.

Accordingly,

IT IS ORDERED THAT:

OPTO's motion is held in abeyance, and proceedings in these appeals are stayed. Within 14 days from the date of the Fourth Circuit's ruling on Honeywell's motion to dismiss or transfer, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

January 17, 2024
Date

Jarrett B. Perlow
Clerk of Court