NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., METROLOGIC INSTRUMENTS, INC.,**
*Plaintiffs-Appellants*

v.

**OPTO ELECTRONICS CO., LTD.,**
*Defendant-Cross-Appellant*

---

2024-1109, 2024-1144

---

Appeals from the United States District Court for the Western District of North Carolina in No. 3:21-cv-00506-KDB-DCK, Judge Kenneth D. Bell.

---

Before STOLL, *Circuit Judge*.

## O R D E R

The court considers the parties' briefing and appendices, ECF Nos. 30 and 31, previously transferred from the United States Court of Appeals for the Fourth Circuit.

The appendices fail to comply with this court's rules in several respects. First, the appendices fail to comply with the requirement that the first page numbers in the joint appendix's designated material must be assigned to the

order or judgment being appealed. Fed. Cir. R. 30(b)(2)(B). In addition, the appendix pages in the submitted appendices are not numbered in the "Appx" format required by this court's Electronic Filing Procedures (Appendix Formatting); *see* Fed. Cir. R. 30(b)(2)(C). This court's rules also require that the nonconfidential appendix's "table of contents must include a paragraph describing the general nature of the confidential material that has been deleted and applicable page numbers." Fed. Cir. R. 25.1(e)(1)(B); *see* Practice Notes to Rule 25.1 (illustrating an "acceptable" "example" of that paragraph). In addition, pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B); *see* Practice Notes to Rule 25.1 ("Noting Redactions in the Nonconfidential Version"). Finally, the confidential appendix does not adequately identify the confidential material with enclosed brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A); *see* Practice Notes to Rule 25.1 ("Noting Confidential Material in the Confidential Version").

Accordingly,

IT IS ORDERED THAT:

HONEYWELL INTERNATIONAL INC. v. OPTO ELECTRONICS CO., LTD.　　3

  ECF Nos. 30 and 31 are not accepted for filing. Within 14 days from the date of entry of this order, the parties are directed to file corrected versions of the appendix implementing the changes described in this order. Because these corrections necessitate a correction to the briefs' citations, corrected briefing is due within 14 days from the date of service of the corrected appendix.

FOR THE COURT

August 20, 2025
Date

Jarrett B. Perlow
Clerk of Court