NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., METROLOGIC INSTRUMENTS, INC.,**
*Plaintiffs-Appellants*

v.

**OPTO ELECTRONICS CO., LTD.,**
*Defendant-Cross-Appellant*

---

2024-1109, 2024-1144

---

Appeals from the United States District Court for the Western District of North Carolina in No. 3:21-cv-00506-KDB-DCK, Judge Kenneth D. Bell.

---

**ON MOTION**

---

### O R D E R

The parties jointly move for a 60-day extension of time to file the corrected appendix and briefs, indicating that they have reached a settlement in principle, ECF No. 33 at 5.

Upon consideration thereof,

2    HONEYWELL INTERNATIONAL INC. v. OPTO ELECTRONICS CO., LTD.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

August 27, 2025
Date

Jarrett B. Perlow
Clerk of Court